UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

LATOYA LINDSEY,
    Plaintiff

 -vs-                                                  Case No. 2:10-CV-12540
                                                       Hon. Patrick J. Duggan
                                                       Magistrate Judge: R. Steven Whalen

EQUIFAX INFORMATION SERVICES, L. L. C.,
TRANS UNION, L.L.C.,
    Defendants.

## **STIPULATED ORDER OF VOLUNTARY DISMISSAL**

Having been advised by the stipulation of the parties below, it is ordered that the claims against Equifax Information Services, LLC are dismissed with prejudice and without costs, sanctions, or attorney fees to any party.

The court retains jurisdiction for purposes of enforcing the settlement in this matter.

So ordered.

                               S/Patrick J. Duggan
                               Patrick J. Duggan
                               United States District Judge

Dated: September 27, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 27, 2010, by electronic and/or ordinary mail.

                               S/Marilyn Orem
                               Case Manager

Stipulated To By:

s/ Julie A. Petrik P47131
Attorney For Latoya Lindsey
24500 Northwestern Highway, Ste. 206
Southfield, Julie A. Petrik 48075
(248) 208-8864
JuliePetrik@Att.Net

s/with consent Stephanie Cope
King & Spalding LLP
Attorney for Equifax Information Services, L.L. C.
1180 Peachtree Stree, NE
Atlanta, GA  30309-3521
PH: (404) 572-4600